# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID D. RICHARDSON, | : No. 353 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, JOHN K. MURRAY | : |
| AND SHAWN KEPHART, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2014, the Application to Proceed In Forma Pauperis and the Petition for Allowance of Appeal are **DENIED**.